# Exhibit I

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:17-cv-22254-FAM/WCT

THE S.O. BEACH CORP. and
LARIOS ON THE BEACH, INC.,

    *Plaintiffs,*

vs.

GREAT AMERICAN INSURANCE
COMPANY OF NEW YORK,

    *Defendant.*

_____/

**RE-NOTICE OF TAKING
DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6)**

**TO:**
Brian M. McKell, Esq.
Brooke D. Oransky, Esq.
Mound Cotton Wollan & Greengrass LLP
101 N.E. Third Avenue, Suite 1500
Ft. Lauderdale, FL 33301
bmckell@moundcotton.com
boransky@moundcotton.com

William D. Wilson, Esq.
Mound Cotton Wollan & Greengrass LLP
30A Vreeland Road, 2nd Floor
Florham Park, NJ 07932
wwilson@moundcotton.com

PLEASE TAKE NOTICE that the undersigned attorney(s) will take the deposition of Defendant, Great American Insurance Company of New York, by a representative or representatives designated pursuant to Fed. R. Civ. P. 30(b)(6) with the knowledge of the areas of inquiry reflected in Schedule "A" attached hereto:

| NAME | DATE AND TIME | LOCATION |
|---|---|---|
| Corporate Representative of Great American Insurance Company of New York | October 19, 2017 10:00 a.m. | Mound Cotton Wollan & Greengrass LLP 101 N.E. 3rd Avenue, Suite 1500 Ft. Lauderdale, FL 33301 973-494-0600 |

upon oral examination before U.S. Legal Support or any other Notary Public or officer authorized by law to take depositions in the State of Florida. The deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Rules of Court.

Respectfully submitted,

VER PLOEG & LUMPKIN, P.A.
100 S.E. Second Street, 30th Floor
Miami, FL 33131
305-577-3996
305-577-3558 *facsimile*

_____
Stephen A. Marino, Jr.
Florida Bar No. 79170
smarino@vpl-law.com
smcgee@vpl-law.com
**Arya Attari Li**
Florida Bar No. 58847
ali@vpl-law.com
*Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by e-mail on October 3, 2017 to the above addressees.

_____
Stephen A. Marino, Jr.

2

258387
E600.108

N of Depo

VER PLOEG & LUMPKIN, P.A., 100 S.E. SECOND STREET, THIRTIETH FLOOR, MIAMI, FLORIDA 33131   PHONE (305) 577-3996   FAX (305) 577-3558

## DEFINITIONS

A.  "Great American" or "Your" means Defendant, Great American Insurance Company of New York, or its predecessors, subsidiaries and affiliates, including its member or parent companies, agents, employees, independent contractors, attorneys, and all other persons acting or purporting to act on its behalf.

B.  The term "Claim" means Plaintiffs' claim for damages arising out of the April 19, 2013 property damage to Larios;

## SCHEDULE A

1.  The facts, if any, supporting Great American's claims and/or defenses in this action;

2.  All communications, both written and verbal, between Great American and any insured under the Policy; and

3.  Any and all inspections or evaluations of the damage or loss at issue in this litigation.

3

258387
E600.108

N of Depo

VER PLOEG & LUMPKIN, P.A., 100 S.E. SECOND STREET, THIRTIETH FLOOR, MIAMI, FLORIDA 33131   PHONE (305) 577-3996   FAX (305) 577-3558