UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:17-cv-22254-FAM/WCT

THE S.O. BEACH CORP. and
LARIOS ON THE BEACH, INC.,

    *Plaintiffs,*

vs.

GREAT AMERICAN INSURANCE
COMPANY OF NEW YORK,

    *Defendant.*

_____/

**MOTION FOR EXTENSION
OF TIME TO DEPOSE GREAT AMERICAN'S EXPERTS**

    Plaintiffs, The S.O. Beach Corp. and Larios on the Beach, Inc., move for an extension of time to depose Defendant, Great American Insurance Company of New York's, experts, as follows:

    1.    Pursuant to this Court's Scheduling Order [D.E. 10], the deadline to complete all discovery (including expert discovery) is December 5, 2017.

    2.    On October 31, 2017, Great American disclosed four experts. *See* Defendant's Rule 26 Expert Witness Disclosure, attached as Exhibit A (due to the size of the reports, they are being omitted at this time). Defendant waited until the October 31, 2017 deadline even though it knew from the outset of litigation that the four consultants that it retained in May 2013 to help adjust the claim would be designated as testifying experts.

3.     Great American further waited until the eve of Thanksgiving (November 22, 2017) to produce its experts' files (over 4,800 pages).[1]

4.     Plaintiffs seek an extension of the discovery deadline solely to take the deposition of two of Great American's experts, SDII and Albert De Bonis. Plaintiffs previously scheduled Mr. De Bonis' deposition for December 4, 2017, but then received notice that the undersigned is specially set for trial, as number 1, in the Middle District of Florida, Tampa Division in *Richard Soricelli, et al. v. GEICO Indem. Co.*, Case No. 8:16-cv-1535-JSM-TBM starting December 4, 2017.[2] The trial is expected to last 3 to 4 days. *See* Trial Calendar [D.E. 84], attached as Exhibit B.

5.     Plaintiffs also filed two motions that relate to Great American's withholding of communications with its experts, which logistically should be resolved before Plaintiffs proceed with the deposition of Great American's experts: (1) Plaintiffs' Motion for *in camera* Review of Great American's withheld Communications with Experts [D.E. 50], which has been referred to Judge Turnoff per this Court's Order of Referral [D.E. 55];[3] and (2) Plaintiffs' Objections to Magistrate Judge's November 2, 2017 Order [D.E. 42].[4]

6.      Plaintiffs seek this extension in good faith and not for purposes of delay. *See Williams v. Blue Cross & Blue Shield of Fla., Inc.*, No. 3:09CV225/MCR/MD, 2010 WL

---

[1] On November 22, 2017, Great American only produced the files of three of its experts. Great American did not produce the file for its fourth expert, Matson Driscoll & Damico LLP, until three days ago. Because these testifying experts are also third parties employed by Great American to adjust the claim, the documents should have been produced with Great American's Rule 26 disclosures and/or response to Plaintiffs' prior discovery requests.

[2] Great American scheduled the deposition of two fact witnesses on the same date. The undersigned's Associate, Ms. Arya Attari Li, will be attending those depositions.

[3] Plaintiffs' Reply is due December 6, 2017.

[4] Plaintiffs filed their Reply [D.E. 65] today. Therefore this matter is fully briefed for the Court's consideration.

3419720, at *1 (N.D. Fla. Aug. 26, 2010) ("Under Fed. R. Civ. P. 16(b)(4), the court's scheduling order 'may be modified only for good cause and with the judge's consent'"). Good cause may be found when a deadline cannot "be met despite the diligence of the party seeking the extension." *Id.*

Plaintiffs respectfully request that the Court permit Plaintiffs to depose Great American's experts within ten days following either Great American's disclosure of all expert-related communications sought in Plaintiffs' motions [D.E. 42 and 50] or this Court's denial of said motions.

WHEREFORE, Plaintiffs respectfully request that this Court enter an Order allowing Plaintiffs to depose Great American's experts within ten days following either Great American's disclosure of all expert-related communications sought in Plaintiffs' motions [D.E. 42 and 50] or this Court's denial of said motions, and for any other relief this Court deems equitable, just and proper.

**CERTIFICATION OF GOOD FAITH CONFERENCE**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel certifies that they have conferred with counsel for Great American, Brooke Oransky, by telephone on November 28, 2017 and is authorized to represent that while Great American is similarly requesting an extension for taking Plaintiffs' rebuttal expert deposition, it would not agree to the relief sought herein.

3

Case No.: 1:17-cv-22254-FAM/WCT

Respectfully submitted,

VER PLOEG & LUMPKIN, P.A.
100 S.E. Second Street, 30th Floor
Miami, FL  33131
305-577-3996
305-577 3558 *facsimile*

/s/ Stephen A. Marino, Jr.
**Stephen A. Marino, Jr.**
Florida Bar No. 79170
smarino@vpl-law.com
**Arya Attari Li**
Florida Bar No. 58847
ali@vpl-law.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on November 30, 2017, on all counsel or parties of record on the Service List below.

/s/ Stephen A. Marino, Jr.
**Stephen A. Marino, Jr.**

Case No.: 1:17-cv-22254-FAM/WCT

**SERVICE LIST**

Brian M. McKell, Esq.
Lionel F. Rivera, Esq.
Brooke D. Oransky, Esq.
Mound Cotton Wollan & Greengrass LLP
101 N.E. Third Avenue, Suite 1500
Ft. Lauderdale, FL 33301
954-467-5800
954-467-5880 *facsimile*
bmckell@moundcotton.com
lrivera@moundcotton.com
boransky@moundcotton.com
*Counsel for Great American Ins. Co. of NY*

Stephen A. Marino, Jr., Esq.
Arya Attari Li, Esq.
Ver Ploeg & Lumpkin, P.A.
100 S.E. Second Street, 30th FL
Miami, FL 33131
305-577-3996
305-577-3558 *facsimile*
smarino@vpl-law.com
ali@vpl-law.com
*Counsel for Plaintiffs*

William D. Wilson, Esq.
Mound Cotton Wollan & Greengrass LLP
30A Vreeland Road, 2nd Floor
Florham Park, NJ 07932
973-494-0600
973-242-4244 *facsimile*
wwilson@moundcotton.com
*Counsel for Great American Ins. Co. of NY*