# EXHIBIT A

**EXHIBIT A**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

CASE NO.: 17-cv-22254-FAM

```
-----------------------------------------------------------X
THE S.O. BEACH CORP., and LARIOS ON   :
THE BEACH, INC.                       :
                                      :
        Plaintiffs,                   :
                                      :
v.                                    :
                                      :
GREAT AMERICAN INSURANCE              :
COMPANY OF NEW YORK,                  :
                                      :
        Defendant.                    :
-----------------------------------------------------------X
```

## DEFENDANT'S RULE 26 EXPERT WITNESS DISCLOSURES

Defendant, Great American Insurance Company of New York ("Great American"), by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 26(a)(2)(A), hereby serves this Expert Witness Disclosure, as follows:

1. Osvaldo Arevalo with SDII Global Corporation ("SDII"). Pursuant to Fed. R. Civ. P. 26(a)(2)(B), SDII's report is attached hereto.

2. Constantine Gus Cois with DBI Construction Consultants, LLC ("DBI"). Pursuant to Fed. R. Civ. P. 26(a)(2)(B), DBI's report is attached hereto.

3. Jeffrey Williams with Matson Driscoll & Damico LLP ("MDD"). Pursuant to Fed. R. Civ. P. 26(a)(2)(B), MDD's report is attached hereto.

4. Albert L. De Bonis with Wood Advisory Services, Inc. Pursuant to Fed. R. Civ. P. 26(a)(2)(B), Dr. De Bonis' report is attached hereto.

Dated: October 30, 2017

                                  MOUND COTTON WOLLAN & GREENGRASS LLP

By:    /s/ Brian M. McKell
       William D. Wilson, Esq. (Fla. Bar No. 71202)
       wwilson@moundcoton.com
       Mound Cotton Wollan & Greengrass LLP
       30A Vreeland Road
       Florham Park, NJ 07932
       Tel. (973) 494-0600
       Fax (973) 242-4244

       Brian M. McKell, Esq. (Fla. Bar No. 975753)
       bmckell@moundcotton.com
       Lionel F. Rivera, Esq. (Fla. Bar No. 88795)
       lrivera@moundcotton.com
       Brooke D. Oransky, Esq. (Fla. Bar No. 113049)
       boransky@moundcotton.com
       Mound Cotton Wollan & Greengrass LLP
       101 N.E. Third Avenue, Suite 1500
       Fort Lauderdale, FL 33301
       Tel. (954) 467-5800
       Fax (954) 467-5880

       *Counsel for Defendant,*
       *Great American Ins. Co. of New York*

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2017, I electronically served the foregoing Defendant's Expert Witness Disclosure on all counsel of record identified on the attached Service List via e-mail.

/s/ Brian M. McKell
Brian M. McKell, Esq. (Fla. Bar No. 975753)
Mound Cotton Wollan & Greengrass LLP
101 N.E. Third Avenue, Suite 1500
Fort Lauderdale, FL 33301
Tel. (954) 467-5800
Fax (954) 467-5880
*Counsel for Defendant,*
*Great American Ins. Co. of New York*

## SERVICE LIST

### The S.O. Beach Corp., et al. v. Great American Ins. Co. of New York

### CASE NO.: 17-cv-22254-FAM

### United States District Court, Southern District of Florida

Stephen A. Marino, Jr.
Ver Ploeg & Lumpkin, P.A.
100 S.E. Second Street, 30th Floor
Miami, FL 33131
Tel. (305) 577-3996
Fax (305) 577-3558
*Counsel for Plaintiffs,*
*The S.O. Beach Corp., and*
*Larios on the Beach, Inc.*