# Exhibit H



# Building Damage Assessment
## Lario's Restaurant
## 820 Ocean Drive
## Miami Beach, Florida

Claim Number: 571564627

Prepared For:
Great American Insurance Company
Property and Inland Marine Claim Division

Prepared By:
SDII Global Corporation
FBPE Certificate of Authorization #8778

SDII Project Number: 8058344

MAY 2013

LARIOS 01231



**SDII Global Corporation**
4509 George Road
Tampa, Florida 33634
800-454-SDII
Fax 877-576-5921

Havana, FL 32333
Hudson, FL 34669
Miami, FL 33176
Pensacola, FL 32505
Sunrise, FL 33351
Atlanta, GA 30152
Metairie, LA 70002
Newton, MA 02132
Knoxville, TN 37923
Dallas, TX 75104
Houston, TX 77042

May 31, 2013

Mr. Rick Butera
Great American Insurance Company
Property and Inland Marine Claim Division
Post Office Box 5440
Cincinnati, Ohio 45201

Re: **Building Damage Assessment**
**Lario's Restaurant – Miami Beach, Florida**
**Claim No: 571564627**
**SDII Project No: 8058344**

Dear Mr. Butera:

As requested, SDII Global Corporation (SDII) conducted a building damage assessment at the Lario's Restaurant in Miami Beach, Florida. Mr. Osvaldo Arevalo, P.E., Principal Engineer (Civil/Structural), conducted the site visits on May 13, 14, and 15, 2013. SDII was requested to determine the cause, duration and extent of the damage to the ground floor of the building. Further, SDII was requested to evaluate the "sagging" of the second and third levels of the building and determine its relation to the building foundation and ground floor condition.

*Engineering Evaluation Activities*

SDII performed the following tasks to investigate and evaluate the damage observed at the Lario's Restaurant building:

- Conducted a visual, non-destructive assessment of the affected portions of the building to document, photograph, and evaluate the observed damage;

- Conducted an interview with the owner's representatives to establish a timeline of the damage and develop an understanding of the primary concerns;

- Prepared field sketches of the first, second, and third floor plan of the building on which our photographs and other pertinent features of the facility were recorded;

- Relative floor elevation contour mapping was conducted on the second and third floors of the building to identify anomalous floor elevation trends and establish baseline contour maps of the current floor elevation;

*Building Damage Assessment*  Page 2
*Lario's Restaurant – Miami Beach, Florida*
*Claim No: 571564627*
*SDII Project No: 8058344*

- Reviewed microfilms documents submitted by the architect, which included original building plans, restaurant renovation plans, roof top gazebo renovation plans, and bar renovation plans;

- Reviewed permit plans for the re-shoring installation produced by Revuelta Architecture International, dated April 22, 2013;

- Performed an engineering evaluation of the information gathered at the site to evaluate the observed conditions; and

- Prepared this report that summarizes the results of the field investigation along with our evaluation and conclusions.

## *Overview of Site Conditions*

The Lario's Restaurant building is a three-story, mixed-use commercial-residential structure located at 820 Ocean Drive in Miami Beach, Florida. The first and second stories of the building are utilized by the restaurant, and the third story features seven apartment units. Figure 1 illustrates the approximate location of the project site. The structure faces east, and the building footprint is approximately 127 feet long and 40 feet wide. The building had been renovated several times over a period of years since its original construction. Overviews of the building exterior elevations are presented in Photographs 1 through 6.

The structure was constructed with perimeter, stucco covered, concrete masonry unit (CMU), exterior, load-bearing walls. The main ground floor of the building consists of a raised wood framing with a concrete slab topping with a crawlspace. The ground level front bar area near the main entrance has a slab-on-grade floor. The second and third floors are comprised of wood framing systems. The main roof has a low-slope (flat) configuration and it is covered with built-up membrane roofing system. The structure is supported on deep pile foundation system and reinforced concrete grade beams.

Attached to this report, as Figures 2, 3, and 4, are floor diagrams of the first, second, and third levels, respectively, of the building. Figures 5 and 6 depict floor elevation contour maps of the second and third levels, respectively. The floor diagrams serve as a location plan for the photographs attached to this report. The arrows on the figure indicate the location and directional views of the photographs, while the numbers adjacent to the arrows correspond to the appropriate photograph number. These photographs represent typical locations and types of distress observed during SDII's site inspection. All of the photographs and other information obtained by SDII will be retained in the project file in accordance with SDII's document/file retention policies.

LARIOS 01233

*Building Damage Assessment*  
*Lario's Restaurant – Miami Beach, Florida*  
*Claim No: 571564627*  
*SDII Project No: 8058344*

*Page 3*

### Background Information

On May 13, 2013, SDII met at the site with the following representatives:

| Name | Company |
|---|---|
| Mr. Ricardo Dopico | Estefan Enterprises, Inc. |
| Mr. Aldo Ducci Garcia | Revuelta Architecture International |
| Mr. David Alvarez | Engle Martin and Associates |
| Mr. Rick Butear | Property and Inland Marine Claim Great American Insurance Company |
| Mr. Constantine Cois | DBI Construction Consultants, LLC |
| Mr. Jeff Estevez | Infinity General Contractors |

The owner's representative, Mr. Dopico, and his architect, Mr. Garcia, informed SDII that wall cracks had appeared in the second and third stories of the building several years ago, particularly in the main corridor of both floors. Several of these cracks had been repaired; however, it was reported that the cracks re-appeared along with new cracks. It was also reported that on the ground floor several decorative wood wall tiles had moved out of place in some of the bearing wall segments of the main hallway. It was reported that under the direction of Mr. Garcia, limited destructive testing was performed to find the possible cause of the damage. The testing included opening selected areas of the second level walls and floor of the hallway and removing selected areas of the concrete topping of the raised wood floor framing in the ground floor. According to Mr. Garcia, significant moisture damage was found on the sill plates of the wood stud load bearing walls along the corridors.

Building permits for temporary shoring were obtained in order to replace the damaged sill plates of the corridor stud walls in the ground level. The permitting documents included shoring plans and calculation produced by Revuelta Architecture International and THM Structural Consulting.

### Building Records Review

According to online information obtained from the office of the Miami-Dade County Property Appraiser, the original structure was built in 1930 and purchased by the current owner in 1992. An online historic search of the City of Miami Beach building permits associated with the property found that major renovations were performed in the building in the period of 1989 to 1991, and remodeling for the restaurant between 1992 and 1993. The roof covering was last replaced in 2006, and the tile flooring in the first level had been replaced in 2009. In December 2012, a violation notice was issued by the building department that ordered the removal of a "cooler closed" (closet) supported on temporary shoring. According to Mr. Dopico, this condition was located in the second story northwest corner room. The "cooler closed" was subsequently dismantled and the violation notice had been restricted.

### Summary of Observations

At the time of SDII's site inspection, the ceiling and floors of the ground level were being removed at locations near the corridor (galleria), to install temporary shoring in order to relieve

*Building Damage Assessment*  
*Lario's Restaurant – Miami Beach, Florida*  
*Claim No: 571564627*  
*SDII Project No: 8058344*

*Page 4*

the loads along the interior load bearing stud walls of the corridor. According to the building permit placard posted in the storefront of the restaurant (Photograph 7), the temporary shoring was being installed for the repair of the deteriorated wood sill plate. The following are SDII's observations during the site inspections performed on May 13, 14 and 15, 2013:

*Crawl Space*

SDII accessed selected areas of the crawl space through floor slab openings performed during the architect's initial destructive testing and holes being opened during the site inspection to install the temporary shoring.

Table 1

| Location | Description | Photograph Number |
|---|---|---|
| North side of corridor | Overview of floor framing joists and grade beam looking west | 8 and 9 |
| North side of corridor | Moisture damage of wood joist and floor sheathing under restroom area | 10 and 11 |
| North side of corridor | Added intermediate support wood framing on a shallow concrete pad at mid span of joists under north dining | 12 and 13 |
| North side of corridor | Moisture damaged wood joists over corridor great beam | 14 and 15 |
| South side of corridor | Added intermediate support wood framing on shallow concrete pad at mid span of joist under south dining area | 16 and 17 |
| South side of corridor | Moisture damaged wood joists and floor sheathing under dining area | 18, 19, and 20 |
| South side of corridor | Moisture stained joists and floor sheathing damage under south kitchen area | 21 and 22 |
| South side of corridor | Added intermediate support metal beam on shallow concrete pads at mid span of joist under south kitchen | 23 and 24 |
| South side of corridor | Moisture damaged wood joists under south kitchen | 25 |
| Corridor | Deteriorated sill plate under north stud wall (typical) | 26, 27, and 28 |
| Corridor | Deteriorated sill plate under south stud wall (typical) | 29 and 30 |
| Corridor | Moisture damaged joists | 31 through 34 |

LARIOS 01235

*Building Damage Assessment*  
*Lario's Restaurant – Miami Beach, Florida*  
Claim No: 571564627  
SDII Project No: 8058344

Page 5

| Corridor | Damp and saturated wood joists | 35, 36 and 37 |

## Second Floor

**Table 2**

| Location | Description | Photograph Number |
|---|---|---|
| Corridor | Exploratory holes opened by architect at selected wall locations | 38 through 43 |
| Corridor | Horizontal and vertical wall cracks and previously repaired ceiling cracks | 44 through 47 |
| Corridor | Previously repaired wall and ceiling cracks | 48 through 51 |
| Corridor | Previously repaired ceiling cracks | 52 and 53 |
| South side of corridor | Exposed floor framing and plumbing leak stains at former sink location | 54 |
| North side of corridor | Separation gaps and cracks at wall and ceiling joints | 55 through 58 |
| South side of corridor | Separation gaps and cracks at wall and ceiling joints | 59 through 62 |
| Northwest corner room | Former location of dismantled cooler closet and ceiling moisture damage | 63, 64, and 65 |

## Third Floor

Access to the third floor was limited to the main corridor only. All the apartment units were locked at the time of SDII's site inspection.

**Table 3**

| Location | Description | Photograph Number |
|---|---|---|
| Corridor | Overviews looking west and east, respectively | 66 and 67 |
| South stairway landing | Floor covering cracks | 68 |
| Corridor | Wall cracks near and above apartment units door frames | 69 through 73 |
| Corridor | Horizontal and vertical wall cracks | 74 through 77 |
| Corridor | Ceiling cracks | 78 and 79 |

*Building Damage Assessment*  
*Lario's Restaurant – Miami Beach, Florida*  
*Claim No: 571564627*  
*SDII Project No: 8058344*

*Page 6*

| Corridor | Ceiling and wall moisture damage at west end | 80, 81, and 82 |

### *Relative Floor Elevation Contour Map*

The data for relative floor elevation contour maps was collected on May 14 and 15, 2013. Figures 5 and 6 depict the contour maps of the second and third floors, respectively, showing the relative elevations of the floors in the building. Where vinyl, tile, or other floor coverings exist, corrections have been made to obtain the top of floor elevations.

The floor elevation maps indicated that there is a total elevation difference of approximately 6.3 inches across the floor surface in the second story of the building and a total elevation difference of 5.1 inches in the corridor of the third story floor surface. The highest floor elevation in both floors is located near the rear (west) wall of the building, and the lowest floor elevation in the second and third floors is located near the center of the corridor approximately at the middle span of the building length. This condition suggests that the middle section of the second and third floors have moved downwards, as evidenced by the interior wall cracks, particularly along the corridor of both floors. The exact amount of downward movement cannot be established, since there is no data of the initial relative floor surface elevation. However, this condition is not typical for this type of construction and exceeds acceptable industry standards and building code requirements.

### *Evaluation of Damage*

The significant moisture damage to the wood joists of the raised floor framing and the extent of deterioration of the sill plates of the corridor stud walls at the ground floor level is consistent with moisture exposure for an extended period of time. The extent of wood decay indicates that direct moisture exposure occurred for several years prior to losing its serviceability and strength.

The building has undergone numerous renovations over a period of years since its original construction and most likely had alterations to the original occupancy type. The observed drainage plumbing pipes and additional support provided under the joist spans of the dining and kitchen areas attest to these renovations. During the crawl space inspection, SDII observed numerous areas with evidence of moisture intrusion from plumbing leaks, such as under the restrooms and north and south side kitchens. However, other areas of the corridor near the dining rooms exhibited severe moisture damage to the wood joists and stud wall sill plates. This condition is related to excessive ambient moisture within the crawl space due to inadequate ventilation that is exacerbated by multiple plumbing leaks and potential flooring installation deficiencies and floor cleaning habits.

Once the decayed wooden sill plate of the corridor load bearing stud walls had failed, the bearing wall had slightly shifted downward, as evidenced by the displaced wood tiles in the dining walls of the corridor and the lowest relative floor elevation of the second and third floor surfaces at the central portion of the building. This condition had been noted several years ago, as reported by Mr. Dopico, and reoccurred several times as evidenced by the repaired and recent interior wall and ceiling cracks in the second and third floors.

The temporary shoring in the ground level of the building has been installed primarily for the purpose of performing the necessary repairs to the deteriorated wood sill plates of the corridor

*Building Damage Assessment*  
*Lario's Restaurant – Miami Beach, Florida*  
*Claim No: 571564627*  
*SDII Project No: 8058344*

*Page 7*

bearing stud walls. However, since the decay of the sill plates has resulted in the shifting of the bearing stud walls of the corridor, the temporary shoring also provides support to portions of the framing of the second and third floors, and roof until the stud wall repairs are completed.

The extent of damage to the ground floor framing includes severe long-term moisture damage to the wood joists and will require replacement of significant areas of floor framing and sheathing. In addition, a comprehensive review and repair of the plumbing pipes in the crawl space is recommended.

*Conclusions*

Based on the results of our site investigation at the Lario's Restaurant, review of data, and subsequent engineering evaluation, it is the professional opinion of SDII that:

- The damage to the wood sill plate of the load bearing stud walls of the corridor and the wood joist of the floor framing at the ground level is the result of moisture exposure for an extended period of time. The extent and severity of decay on these wood building components indicates continuous moisture exposure for several years.

- Moisture in the crawl space has originated from excessive ambient humidity typical of coastal construction that was exacerbated by multiple plumbing leaks over a period of years and inadequate ventilation of the crawl space and potential flooring installation deficiencies and floor cleaning habits.

- The failure of the sill plate on the corridor load bearing stud walls of the ground level has resulted in slight downward relative movement of the floor surface at the second and third levels near the center of the building, and subsequent appearance of interior wall and ceiling cracks. This condition has reportedly existed for several years.

- The relative floor elevation difference of approximately 6.3 inches across the floor surface in the second story of the building, and 5.1 inches in the corridor of the third story floor surface indicates downward movement of the middle section of the building. This condition is not typical for this type of construction and exceeds acceptable industry standards and building code requirements.

- The temporary shoring in the ground level of the building has been installed primarily for the purpose of performing the necessary repairs to the deteriorated wood sill plates of the corridor bearing stud walls. However, since the decay of the sill plates has resulted in the shifting of the bearing stud walls of the corridor, the temporary shoring also provides support to portions of the framing of the second and third floors and roof until the stud wall repairs are completed.

- The extent of damage to the ground floor framing includes severe long-term moisture damage to the wood joists and will require replacement of significant areas of floor framing and sheathing. In addition, a comprehensive review and repair of the plumbing pipes in the crawlspace is recommended.

LARIOS 01238

*Building Damage Assessment*  
*Lario's Restaurant – Miami Beach, Florida*  
*Claim No: 571564627*  
*SDII Project No: 6058344*

Page 8

## *Limitations*

The conclusions, analysis, and opinions expressed herein have been prepared within a reasonable degree of engineering certainty. They are based on the results and interpretations of the testing and/or data collection activities performed at the site, the information available to SDII at the time the report was issued, and the education, training, knowledge, skill, and experience of the author(s) and/or licensed professional engineer(s) noted.

The contents of this report are intended for the use of Great American Insurance Company and its representatives or clients. It may also be privileged or otherwise protected by work product immunity or other legal rules. SDII assumes no liability for the misuse of this information by others and reserves the right to update this report should additional information become available.

SDII Global Corporation appreciates this opportunity to be of service to you with this investigation. If we can be of further assistance, please do not hesitate to contact us.

Sincerely,

**SDII Global Corporation**
4509 George Road, Tampa, Florida 33634
FBPE Certificate of Authorization #8778

Osvaldo Arevalo, P.E.
Principal Engineer (Civil/Structural)
Florida License Number 57958

Attachments:  Figure 1 – Project Site Location Map
Figure 2 – First Floor Diagram and Photograph Location Plan
Figure 3 – Second Floor Diagram and Photograph Location Plan
Figure 4 – Partial Third Floor Diagram and Photograph Location Plan
Figure 5 – Second Floor Relative Floor Elevation Contour Map
Figure 6 – Third Floor Relative Floor Elevation Contour Map
Selected Site Assessment Photographs
(82 Photographs on 41 Pages)