# Exhibit I

Submitted to:

**Mr. Daniel T. Moore**
**Executive General Adjuster**
**Great American Insurance Group**
**301 East 4th Street • 21st Floor**
**Cincinnati, OH 45202-4201**


**Evaluation of Deteriorated**

**Floor System**

**Lario's Restaurant**

**South Beach Miami, FL**


December 21, 2016


**WOOD ADVISORY SERVICES, INC.**

PO Box 1322 • 3700 Route 44

Millbrook, NY 12545


16.130.01

LARIOS 00632

# Table of Contents

1. Introduction ........................................................................................................... 3

2. Scope ...................................................................................................................... 3

3. Inspection .............................................................................................................. 4

4. Discussion .............................................................................................................. 4

5. Opinions ................................................................................................................. 8

6. References & Reviewed Documents ..................................................................... 9

APPENDIX I:      Figure ......................................................................................... 11

APPENDIX II:     Photographs .............................................................................. 13

APPENDIX III:    Credentials ................................................................................ 29

    Wood Advisory Services, Inc. Company Description ......................................... 30

    Dr. Albert L. De Bonis Personal CV. ................................................................. 34

LARIOS 00633

## 1. Introduction

Lario's Restaurant is a three story building located in South Beach Miami, FL.  The first and second floors contain Lario's Restaurant and the third floor contained several apartments.  The overall building dimensions are approximately 140' x 40'.  The exterior walls are stucco covered CMU's with wood interior framing including the first level floor system which is over a crawlspace.

The building was constructed in 1930 and has undergone several renovations since that time. Apparently, the current owner discovered significant damage to the building in April of 2013. However, according to the owner's representative, Mr. Ricardo Dopico, wall cracks were found on the second and third levels several years prior to discovery of the damage and were repaired. Some of these cracks re-appeared along with new cracks.  Additionally, the first level interior bearing wall and floor experienced negative vertical movement which prompted an investigation of the first level floor system.  At that time, destructive testing was performed and according to Mr. Aldo Ducci Garcia, the owner's architect, significant water damage to the first level floor framing was found.

On May 13-15, 2013, Mr. Osvaldo Arevaco, PE with SDII Global Corporation Consultants and Mr. Gus Cois with DBI Construction Consultants, LLC, at the request of Great American Insurance Company, visited the subject building, interviewed the owner's representative, and performed a visual inspection of the reported damage.

## 2. Scope

Wood Advisory Services, Inc. (WAS, Inc.) was retained by Mr. Daniel T. Moore, on behalf of the Great American Insurance Company to determine the cause of the observed first level flooring damage.

3

LARIOS 00634

## 3. Inspection

On October 27, 2016, I, along with Mr. Dan Moore, Mr. Gus Cois, and Mr. Osvaldo Arevaco visited the subject building, performed a visual inspection of the roof, levels 1, 2, and 3 interior, and the crawlspace. At the time of the inspection, photographs were taken, moisture contents were determined for the subfloor in the crawlspace, and samples were removed for laboratory analysis.

The crawlspace was accessed in two locations. One location was on the south side of the building (east end) via an access panel that was removed. The second location was on the north side of the building (west end) through a hole that was dug to permit access. These two locations are shown on Figure 1 in Appendix I. This schematic was developed by Mr. Arevaco with SDII. The blue and red numbers represent photographs taken by Mr. Arevaco and used in his report. The green numbers represent photograph numbers in this report but taken by Mr. Arevaco. All comments in green represent WAS, Inc. comments.

## 4. Discussion

Since repairs had already been made to Lario's by the time WAS, Inc. was retained and before my inspection was carried out, it was necessary to rely on previously developed photographs, reports by other experts, and submitted documentation from the owner such as plumbing records to assist in developing opinions.

Photos 1 – 5, included in Appendix II, were taken during my October 27, 2016 inspection from the south crawlspace access location, while Photos 6 - 9 were taken from the north crawlspace access location. Brief descriptions of these photos are as follows:

LARIOS 00635

| | |
|---|---|
| Photo 1 | New floor joists treated for decay resistance and plywood subfloor which is not treated. |
| Photo 2 | Mycelial growth on the surface of the plywood subfloor indicating the presence of wood decay.  Mycelium, as shown in this photo, is a white outward growth indicating the presence of active wood decay. |
| Photo 3 | Mycelial growth on plywood subfloor, rust on shiner nail, and water staining around nail due to absorption of condensed water. |
| Photo 4 | Water staining on floor joist due to dripping of condensation and effervescence on metal joist connectors. |
| Photo 5 | Foundation vent in a joist bay. |
| Photo 6 | 35.3% moisture content in plywood subfloor which is high enough to support decay growth. |
| Photo 7 | Standing water in the crawlspace on the north side. |
| Photo 8 | Water marks on floor joists (north side). |
| Photo 9 | Decayed plywood subfloor (north side). |

As previously mentioned, moisture contents were taken of the subfloor at several locations during my inspection, a Delmhorst J2000 pin-type resistance meter calibrated for southern pine was used. The crawlspace was divided north to south with grade beams running east to west.  Moisture contents were evaluated in the first of three bays from the south entrance and averaged 36%, 40%, and 19%, respectively.   Moisture contents were also evaluated in the first bay from the north side resulting in an average of 33%.   Some moisture contents registered 99.9%.  On the resistance type moisture meter, moisture contents below 6% or above 40% are not reliable so a reading below 6 will default to negative numbers below 6% and a reading above 40% will default to 99.9.  A 99.9 reading can also be an indicator of decay.  Except for the measurements in bay three, all other moisture contents are high enough to support decay.  The moisture content in bay three (19%) will support mold.

Also, as previously mentioned, three samples were removed from the subfloor for microscopic analysis.  Sample S1 was obtained in the first bay from the south side, sample S2 was obtained from the second bay south side, and sample S3 was taken in the first bay from the north side. Photos 10 – 14 are photomicrographs indicating the presence of mold and decay growth in the plywood subfloor.  A description of what was observed is included in the photo titles in Appendix II.  The inspection on October 27, 2016 revealed the fact that wood decay is currently

5

deteriorating the plywood subfloor due to a generalized condition of high relative humidity in the crawlspace, combined with a cool air conditioned environment in the restaurant resulting in condensation on the wood in the crawlspace.

As already discussed, I was not present at the time of destructive evaluation and shoring of Lario's. Therefore, I have reviewed the documents and reports listed in the reference section and have had discussions with Mr. Arevaco who inspected the facility at the time of destructive testing. Several photographs of interest taken by Mr. Arevaco are presented below.

| | |
|---|---|
| Photo 15 | Generalized decay of subfloor and floor joists. |
| Photo 16 | Generalized decayed subfloor and joists under restroom, however it is not associated with any specific leaking drain or pipe. |
| Photo 17 | Decayed subfloor and floor joist with a significant compression perpendicular-to-grain failure due to decay. |
| Photo 18 | Complete cross-section of 2 x 10 floor joist decayed. |
| Photo 19 | Decayed subfloor. |
| Photo 20 | Dripping moisture on floor joists.  Similar behavior is currently occurring. |
| Photo 21 | Concentrated decayed subfloor under south kitchen possibly due to leakage around floor drain. |
| Photo 22 | Multiple decayed floor joists at main hallway grade beam. |
| Photo 23 | Decayed interior wall sill plate. |
| Photo 24 | Missing interior wall sill plate. |
| Photo 25 | Decayed floor joists, wall studs and sill plate under interior wall on grade beam. |
| Photo 26 | Decayed corridor floor joists, wall studs, and sill plate. |
| Photo 27 | Elevated moisture content in corridor floor joist at levels capable of supporting decay. |
| Photo 28 | Vent in foundation wall. |
| Photo 29 | Sump pump commonly used to remove ground water. |
| Photo 30 | Generalized corridor floor joist, sill plate, and wall stud decay not associated with any leaking pipes at grade beam. |

A review of the photographs taken at the time of shoring and destructive testing indicates that conditions similar to what I observed and tested at the time of my inspection also existed prior to the observed movement of the corridor floor area.  Although plumbing records indicated some

6

LARIOS 00637

leaking through the kitchen floor and the need for installation of a sump pump, they do not indicate significant enough occurrences to cause the observed damage.   These plumbing issues may have exacerbated the decay at localized areas such as around the floor drain in the south kitchen as shown in Photo 21.   The decay due to this leakage appears to be contained within the space between the two floor joists pictured.   It has had no direct impact on the deterioration in other locations of the building such as the hallway, except that this leakage has added additional moisture to the crawlspace.   Due to the level of decay observed in this photo (heavy mycelial growth), this leakage has most likely been occurring for months or even years.The generalized decay observed throughout the rest of the crawlspace was due to long-term high relative humidity conditions in the crawlspace resulting in condensation on the subfloor and floor joists which ultimately resulted in wood decay.

Miami is considered a hot-wet climate as it relates to building moisture behavior.   Since air conditioning is used for customer comfort in Lario's, the cool subfloor and floor joists, by proximately to the subfloor, became the first condensing surfaces.   The warm humid air in the crawlspace condensed on the cool wood members and decay resulted.   Due to the extent of decay observed, this has been an ongoing problem for many years and perhaps even decades.

Although it is not possible to establish a specific time as to when the decay began to occur at Lario's, estimates of service life of wood products provide a reasonable estimate of the time necessary to cause the damage observed.   Terry Highly from the USDA Forest Products Laboratory in Madison, WI, published a peer reviewed research article on the comparative durability of untreated wood in use above ground.   The test specimens used were only ¾" thick by 3" wide x 6" long.   These specimens were significantly smaller in cross section than the 2 x 10 structural joists in the floor at Lario's.   For the small size specimens tested, the average service life for southern pine sapwood was 13 years in Wisconsin, and 10 years in Mississippi.   Since Mississippi climate is similar to Miami, a member with a cross section of 2.25 $in^2$ with an average service life of approximately 10 years can be used as a control reference.   Thus, a 2 x 10 member with a cross section of 13.9 $in^2$ (six times that of the research test specimens) supports that fact that

7

LARIOS 00638

as previously stated, this decay process has been ongoing for many years and likely several decades.

## 5. Opinions

Based upon my inspection of Lario's Restaurant on October 27, 2016, my review of photographs taken by others, my review of documents submitted by the insured, my review of industry and scientific literature and my knowledge, education, and experience, I offer the following opinions within a reasonable degree of scientific certainty:

1. The deterioration of the subfloor, floor joists, wall studs, and sill plates identified by the insured due to negative vertical deflections was caused by long-term deterioration from wood decay.

2. The long-term decay was caused by a generally high relative humidity in the crawlspace, combined with generally cool interior air conditioned restaurant space resulting in condensation on the subfloor and floor joists.

3. The generalized long-term decay was progressive and occurred over a period of many years and most likely over several decades.

4. The observed generalized decay was exacerbated on a local level by leaks at some plumbing fixtures which appear to have been an ongoing problem for months or years.

5. Currently a similar mold and wood decay condition is compromising the integrity of the new subfloor exposed in the crawlspace.   If not addressed, decay will continue until the subfloor is fully deteriorated.

8

LARIOS 00639

## 6. References & Reviewed Documents

1. Glass, SV, C. Carll, C. Reichel, T. Shupe, Q. Wu, J. Curole, and M. Voiter.  Undated.  Insulating Raised Floors in Hot, Humid Climates.  Louisiana State University, Baton Rouge, LA.  11 pp.

2. Highley, T.L.  1995.  Comparative Durability of Untreated Wood in Use Above Ground.  International Biodeterioration & Biodegredation Journal.   Great Britain.   1995 (409-419).

3. Lstiburek, J. and J. Carmody.  1994.  Moisture Control Handbook.  Principles and Practices for Residential and Small Commercial Buildings.  John Wiley & Sons, Inc.  New York.  214 pp.

4. Lstiburek, J.  2009.  Top Ten Dumb Things to Do in the South.  Building Science Corporation.  Westford, MA.  3 pp.

5. Lstiburek, J.   2010.   New Light in Crawlspaces Building Science Corporation.  Westford, MA.  8 pp.

6. A group of 142 photographs supplied by Mr. Dan Moore from Great American Insurance Company.

7. A group of 443 photographs taken by Osvaldo Arevaco from SDII and personal face to face and telephone conversations with Mr. Arevaco from SDII.

8. A group of documents which included asbestos investigations, certificates of completion, charge orders, demolition plans, contracts and pay approvals, documents from Hillman Engineering, documents from Infiniti including insurance certificates, plumbing records, proof of loss submittal, and shoring designs.

9

LARIOS 00640

9.  A report dated May 31, 2013 by Mr. Gus Cois of DBI entitled, "Estefan Enterprises, Inc., Interim Building Damage Report."

10. A report dated May 2013 by SDII Global Corporation entitled, "Building Damage Assessment Lario's Restaurant."

Respectfully Submitted,

Wood Advisory Services, Inc.

A.L. De Bonis, Ph.D
President/Principal Wood Scientist

ALD:kr

10

LARIOS 00641