# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:17-cv-22254-FAM/WCT

THE S.O. BEACH CORP. and
LARIOS ON THE BEACH, INC.,

    *Plaintiffs,*

vs.

GREAT AMERICAN INSURANCE
COMPANY OF NEW YORK,

    *Defendant.*
_____/

### NOTICE OF TAKING VIDEOTAPED AND VIDEOCONFERENCE DEPOSITION DUCES TECUM

**TO:**

| | |
|---|---|
| Brian M. McKell, Esq. | William D. Wilson, Esq. |
| Brooke D. Oransky, Esq. | Mound Cotton Wollan & Greengrass LLP |
| Mound Cotton Wollan & Greengrass LLP | 30A Vreeland Road, 2nd Floor |
| 101 N.E. Third Avenue, Suite 1500 | Florham Park, NJ 07932 |
| Ft. Lauderdale, FL 33301 | wwilson@moundcotton.com |
| bmckell@moundcotton.com | |
| boransky@moundcotton.com | |

PLEASE TAKE NOTICE that the undersigned attorney(s) will take the videotaped deposition of:

| NAME | DATE AND TIME | LOCATION[1] |
|---|---|---|
| Albert De Bonis<br>Wood Advisory Services | December 4, 2017<br>1:00 p.m. | Mary Babiarz Court Reporting Service<br>11 Market Street, Suite 215<br>Poughkeepsie, NY 12601<br>845-471-2511 |

---

[1] Mr. Marino will be attending the deposition at the U.S. Legal office located at 1 S.E. 3rd Avenue, Suite 1250, Miami, FL 33131 (305-373-8404).

upon oral examination by videoconference before U.S. Legal Support or any other Notary Public or officer authorized by law to take depositions in the State of New York. The deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Rules of Court. The witness must bring with him the documents listed on the attached Schedule A.

Respectfully submitted,

VER PLOEG & LUMPKIN, P.A.
100 S.E. Second Street, 30th Floor
Miami, FL 33131
305-577-3996
305-577-3558 *facsimile*

_____
**Stephen A. Marino, Jr.**
Florida Bar No. 79170
smarino@vpl-law.com
smcgee@vpl-law.com
**Arya Attari Li**
Florida Bar No. 58847
ali@vpl-law.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by e-mail on November 15, 2017 to the above addressees.

_____
**Stephen A. Marino, Jr.**

2

258084
E600.108

N of Depo

VER PLOEG & LUMPKIN, P.A., 100 S.E. SECOND STREET, THIRTIETH FLOOR, MIAMI, FLORIDA 33131   PHONE (305) 577-3996   FAX (305) 577-3558

Case No.: 1:17-cv-22254-FAM/WCT

## **SCHEDULE A**

1. All documents or information you reviewed in formulating your opinions in the above-styled matter.

2. To the extent that it differs from the information described in Number 1, above, the information you relied on in forming your opinions in the above-styled matter.

3. All documents, information, tangible items or electronic information or data provided to you by Great American Insurance Company of New York and/or the attorneys at Mound Cotton Wollan & Greengrass LLP or Bullivant Houser Bailey with regard to the subject claim.

4. All notes you created in connection with your review of documents and information in the above-styled matter.

5. Any billing or time records reflecting the amount of time you have spent in working on the above-styled case, and the fees incurred in performing this work.

6. All documents showing the amount you have been paid to date for your work in the above-styled matter.

7. All written communications and notes of verbal communications in your possession that:

   a. Relate to your compensation for study and testimony in this above-styled matter;

   b. Identify facts or data that that Great American Insurance Company of New York or the attorneys at Mound Cotton Wollan & Greengrass LLP or Bullivant Houser Bailey provided to you that you considered in forming your opinions in the above-styled matter; and

   c. Identify assumptions that Great American Insurance Company of New York or the attorneys at Mound Cotton Wollan & Greengrass LLP or Bullivant Houser Bailey provided and that you relied upon in forming your opinions in the above-styled matter.

8. Any other documents you consulted and/or relied on in forming your opinions, including treatises, publications, cases, statutes, and/or administrative regulations.

9. Documents reflecting the number of times any Great American Insurance Company of New York entity has employed you as an expert witness from January 1, 2013 through the date of your deposition (December 4, 2017).

258084
E600.108

N of Depo

VER PLOEG & LUMPKIN, P.A., 100 S.E. SECOND STREET, THIRTIETH FLOOR, MIAMI, FLORIDA 33131   PHONE (305) 577-3996   FAX (305) 577-3558

      10.    Documents reflecting the amounts paid by Great American Insurance Company of New York to you for your work as an expert witness from January 1, 2010 through the date of your deposition (December 4, 2017).

      11.    The number of times Great American Insurance Company of New York has hired you or Wood Advisory Services from January 1, 2010 through the date of your deposition (December 4, 2017).

      12.    The amount of money Great American Insurance Company of New York paid you or Wood Advisory Services from January 1, 2010 through the date of your deposition (December 4, 2017).

      13.    All documents that show the percentage of expert witness work for plaintiffs and defendants.

      14.    All documents showing the percentage of your professional time devoted to expert witness work. This may be shown by an approximation of hours spent or percentage of income earned as an expert.

4

258084
E600.108

N of Depo

VER PLOEG & LUMPKIN, P.A., 100 S.E. SECOND STREET, THIRTIETH FLOOR, MIAMI, FLORIDA 33131   PHONE (305) 577-3996   FAX (305) 577-3558