**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:17-cv-22254-FAM/WCT**

THE S.O. BEACH CORP. and
LARIOS ON THE BEACH, INC.,

    *Plaintiffs,*

vs.

GREAT AMERICAN INSURANCE
COMPANY OF NEW YORK,

    *Defendant.*

_____/

**PLAINTIFFS' AMENDED DEPOSITION DESIGNATIONS**

Plaintiffs, The S.O. Beach Corp. and Larios on the Beach, Inc., pursuant to this Court's Scheduling Order Setting Trial [D.E. 10] file their Amended Deposition Designations[1], as follows:

    1.    **Ronald Benson, November 9, 2017**

| Plaintiffs' Designation | Great American's Objection[2] | Great American's Counter-Designation | Plaintiffs' Cross-Designations and Objections |
|---|---|---|---|
| Page 8, Line 22 through Page 9, Line 8 | | | |
| Page 9, Lines 11 - 13 | | | |

---

[1] Plaintiffs' deposition designations are amended solely to include their cross-designations and objections to Defendant's counter-designations. Due to Great American's untimely disclosure of its objections/counter-designations, Plaintiffs previously reserved the right to object and/or file cross designations.

[2] Objection Codes: A: Authenticity; I: Inadmissible Matter; R: Relevancy; H: Hearsay; UP: Unduly prejudicial/probative value outweighed by undue justice; P: Privilege; F: No foundation; S: Speculation; LK: Lack of personal knowledge; CM: Confusing or misleading; IO: Inadmissible opinion of a lay witness

| | | | |
|---|---|---|---|
| Page 10, Lines 1 -10 | | | |
| Page 15, Lines 9 - 23 | | | |
| Page 17, Lines 8 - 13 | | | |
| Page 19, Lines 12 - 13 | | | |
| Page 29, Lines 12 - 15 | | | |
| Page 30, Lines 3 - 5 | | | |
| Page 32, Lines 16 - 19 | | | |
| Page 33, Lines 3 - 6 | | | |
| Page 49, Lines 1 - 6 | S, LK | Page 49, Lines 18-21 | |
| Page 50, Lines 14 - 16 | | | |
| Page 51, Lines 21 - 22 | | | |
| Page 52, Lines 5 - 25 | S | Page 51, Line 23; Page 51, Line 25; Page 58, Lines 14-16 | Objection: Page 51, Line 25: I, UP, CM. This line was replaced by Errata. |
| Page 57, Lines 19 - 21 | | | |
| Page 57, Lines 19 - 21 | | | |
| Page 58, Lines 7 - 19 | | | |
| Page 59, Lines 8 - 9 | | | |
| Page 59, Line 24 through Page 61, Line 5 | | | |
| Page 72, Line 15 through Page 74, Line 1 | S | | |
| Page 74, Lines 6 - 18 | | | |
| Page 83, Lines 12 - 21 | | | |
| Page 84, Line 8 through Page 85, Line 8 | S | Page 84, Lines 4-7; Page 86 Lines 7-15 | |
| Page 96, Lines 8 - 19 | | | |
| Page 101, Lines 7 - 10 | S | Page 123, Line 22 through Page 124, Line 10 | |
| Page 112, Lines 7 - 21 | S, CM | Page 55, Line 3 through Page 56 Line 21; Page 123, Lines 9 through Page 124, Line 10; Page 124, Lines 1 through Page 125, Line 16 | Objection: Page 55, Line 3 through Page 56 Line 21: H,UP,S,LK,CM

Cross designation: Page 109, Line 2 through Page 110, Line 18, 23 through 24. Page 111, Lines 1, 3 through 4. |

Case No.: 1:17-cv-22254-FAM/WCT

| Plaintiffs' Designation | Great American's Objection | Counter-Designation | Plaintiffs' Cross-Designations |
|---|---|---|---|
| Page 118, Lines 8 – 9 | CM | Page 49, Lines 1-6; Page 49, Lines 18-21; Page 50, Lines 5-16; Page 55, Lines 20-24; Page 56, Lines 7-9; Page 101, Lines 1-5 | |
| Page 118, Line 11 | CM | Page 49, Lines 1-6; Page 49, Lines 18-21; Page 50, Lines 5-16; Page 55, Lines 20-24; Page 56, Lines 7-9; Page 101, Lines 1-5 | |
| Page 118, Lines 13 - 15 | S, LK | Page 94, Lines 4-7; Page 101, Lines 7-10; Page 123, Line 22 through Page 124, Line 10 | |
| Page 118, Line 17 | S, LK | Page 94, Lines 4-7; Page 101, Lines 7-10; Page 123, Line 22 through Page 124, Line 10 | |

2. **Jeffrey Estevez, December 5, 2017**

| Plaintiffs' Designation | Great American's Objection | Counter-Designation | Plaintiffs' Cross-Designations |
|---|---|---|---|
| Page 4, Lines 12 - 18 | | | |
| Page 6, Line 20 through Page 7, Line 4 | | | |
| Page 7, Lines 7 - 13 | | | |
| Page 8, Lines 1 - 5 | | | |
| Page 8, Lines 8 - 11 | | | |
| Page 9, Line 13 through Page 10, Line 7 | | | |
| Page 10, Line 25 through Page 11, Line 2 | | | |
| Page 18, Lines 20 - 23 | | | |
| Page 19, Line 8 through Page 20, Line 2 | S | Page 79, Line 12 through Page 80, Line 7 | |

| | | | |
|---|---|---|---|
| Page 20, Lines 5 – 11 | S | Page 79, Line 12 through Page 80, Line 7 | |
| Page 21, Line 6 through Page 22, Line 3 | | | |
| Page 24, Line 12 through Page 26, Line 3 | S | Page 67, Line 22 through Page 68, Line 1 | |
| Page 26, Line 14 through Page 27, Line 7 | S | Page 76, Lines 6-14 | |
| Page 28, Line 11 through Page 29, Line 25 | | | |
| Page 30, Line 19 through Page 31, Line 10 | | | |
| Page 31, Lines 12 - 14 | | | |
| Page 31, Line 16 through Page 32, Line 2 | | | |
| Page 32, Lines 3 - 5 | S | Page 32, Lines 9-11; Page 32, Lines 23-25 | |
| Page 32, Line 7 | S | Page 32, Lines 9-11; Page 32, Lines 23-25 | |
| Page 32, Lines 13 - 25 | | | |
| Page 33, Lines 1 - 5 | | | |
| Page 33, Lines 7 - 10 | | | |
| Page 33, Lines 19 - 24 | | | |
| Page 34, Lines 1 - 3 | | | |
| Page 35, Line 20 through Page 37, Line 1 | | | |
| Page 37, Lines 16 - 21 | | | |
| Page 37, Lines 23 - 24 | | | |
| Page 38, Line 1 through Page 39, Line 18 | | | |
| Page 39, Line 24 through Page 41, Line 19 | | | |
| Page 42, Lines 3 - 5 | | | |
| Page 42, Line 7 | | | |
| Page 43, Lines 6 - 8 | | | |
| Page 45, Lines 5 - 9 | | | |
| Page 45, Lines 12 - 20 | | | |
| Page 53, Lines 15 - 16 | | | |
| Page 53, Lines 18 - 23 | | | |

| | | | |
|---|---|---|---|
| Page 53, Line 25 through Page 54, Line 4 | | | |
| Page 57, Line 19 through Page 58, Line 21 | | | |
| Page 60, Lines 5 - 12 | | | |
| Page 62, Line 19 through Page 64, Line 8 | S | Page 64, Lines 9 - 24 | |
| Page 65, Line 20 through Page 66, Line 20 | S | Page 67, Lines 6-16 | |
| Page 74, Lines 4 - 25 | | | |
| Page 75, Lines 2 - 24 | | | |
| Page 76, Line 16 through Page 80, Line 25 | | | |
| Page 81, Lines 12 - 14 | | | |
| Page 81, Lines 16 - 18 | | | |
| Page 87, Lines 6 - 15 | | | |
| Page 87, Line 17 | | | |
| Page 87, Lines 19 - 23 | | | |
| Page 87, Line 25 | | | |
| Page 88, Lines 10 - 21 | S | Page 32, Lines 9-11; Page 32, Lines 23-25 | |
| Page 88, Line 22 through Page 89, Line 6 | LK, S | Page 90, Lines 5-10 | |
| Page 89, Line 12 through Page 90, Line 1 | LK, S | Page 90, Lines 5-10 | |
| Page 90, Line 3 | | | |
| Page 90, Lines 12 - 17 | LK, S | Page 58, Lines 2-8; Page 58, Line 22-24 | |
| Page 90, Line 19 | LK, S | Page 58, Lines 2-8; Page 58, Line 22-24 | |
| Page 90, Lines 21 - 23 | LK, S | Page 58, Lines 10-24; Page 59, Lines 4-11 | Cross designation: Page 59, Lines 12 through 20 |
| Page 90, Lines 25 - 25 | LK, S | Page 58, Lines 10-24; Page 59, Lines 4-11 | Cross designation: Page 59, Lines 12 through 20 |
| Page 91, Line 2 through Page 92, Line 18 | S, F | Page 60, Lines 17-22 | Cross designation: Page 59, Lines 12 through 20 Page 60, Lines 23 through 25 |

| | | | |
|---|---|---|---|
| Page 92, Line 20 | | | |
| Page 92, Line 22 through Page 94, Line 17 | | | |
| Page 94, Lines 19 - 23 | | | |
| Page 94, Line 25 through Page 95, Line 9 | | | |
| Page 95, Line 15 through Page 97, Line 19 | | | |
| Page 98, Lines 6 - 13 | S | Page 91, Lines 17-23 | |
| Page 103, Lines 21 - 25 | | | |
| Page 104, Line 2 | | | |
| Page 104, Line 4 through Page 105, Line 16 | CM | | |

3. **Aldo Garcia, November 8, 2017**

| **Plaintiffs' Designation** | **Great American's Objection** | **Counter-Designation** | **Plaintiffs' Objections** |
|---|---|---|---|
| Page 4, Lines 19 - 22 | | | |
| Page 7, Lines 8 - 20 | | | |
| Page 8, Lines 1 - 10 | | | |
| Page 8, Lines 16 - 21 | | | |
| Page 8, Lines 24 - 25 | | | |
| Page 9, Lines 1 - 3 | | | |
| Page 9, Lines 19 - 24 | | | |
| Page 10, Lines 2 - 3 | | | |
| Page 10, Lines 8 - 20 | | | |
| Page 11, Lines 12 - 22 | | | |
| Page 12, Lines 4 - 7 | | | |
| Page 14, Lines 4 - 8 | CM | Page 14, Lines 9-14 | |
| Page 46, Lines 3 - 24 | | | |
| Page 49, Line 16 through Page 50, Line 24 | | | |
| Page 51, Lines 3 - 8 | CM | Page 51, Lines 9-12 | |
| Page 51, Lines 13 - 23 | CM, S, LK | Page 51, Lines 24-25; Page 89, Lines 13-22 | |

6

| | | | |
|---|---|---|---|
| Page 56, Lines 3 - 11 | S | Page 56, Lines 16-20; Page 56 | Objection: Page 56, Lines 16-20: R |
| Page 74, Line 9 through Page 76, Line 21 | CM | Page 76, Line 22 through Page 77, Line 8 | Objection: Page 76, Line 22 through Page 77, Line 4: LK, S, UP, CM, IO |
| Page 79, Line 14 through Page 80, Line 6 | H, LK | Page 80, Lines 7-11, Page 80, Lines 17-24 | |
| Page 84, Lines 7 - 23 | | | |
| Page 86, Lines 13 - 24 | | | |
| Page 87, Line 1 | | | |
| Page 87, Lines 6 - 16 | | | |
| Page 87, Lines 18 - 23 | H, LK | | |
| Page 87, Line 25 | H, LK | | |
| Page 88, Lines 8 - 10 | CM | Page 93, Lines 7-14; Page 93, Line 22 though Page 94 Line 8 | |
| Page 88, Line 12 | CM | Page 93, Lines 7-14; Page 93, Line 22 though Page 94 Line 8 | |
| Page 88, Lines 14 - 16 | | | |
| Page 88, Lines 18 | | | |
| Page 88, Lines 20 - 23 | | | |
| Page 89, Lines 10 - 12 | | | |
| Page 91, Lines 11 - 18 | | | |
| Page 91, Lines 20 - 25 | | | |
| Page 92, Lines 8 - 10 | H, LK | Page 76, Line 24 through Page 77, Line 4 | Objection: LK, S, UP, CM, IO |
| Page 92, Line 12 | H, LK | Page 76, Line 24 through Page 77, Line 4 | Objection: LK, S, UP, CM, IO |
| Page 96, Lines 24 - 25 | F, H | Page 93, Line 3 through Page 94, Line 8 | |
| Page 97, Lines 2 - 5 | F, H, LK | Page 93, Line 3 through Page 94, Line 8 | |
| Page 97, Lines 7 - 7 | H, LK | Page 93, Line 3 through Page 94, Line 8 | |
| Page 97, Lines 9 - 12 | H, LK | Page 93, Line 3 through Page 94, Line 8 | |

| Page 97, Lines 15 – 17 | CM | Page 93, Line 3 through Page 94, Line 8 | |
| Page 97, Line 19 | CM | Page 93, Line 3 through Page 94, Line 8 | |
| Page 97, Lines 21 - 24 | F, H, S, LK | | |
| Page 98, Lines 1 - 2 | F, H, S, LK | | |
| Page 98, Lines 7 - 10 | | | |
| Page 98, Lines 12 - 20 | | | |

**4.     Henry Hillman, November 29, 2017**

| Plaintiffs' Designation | Great American's Objection | Counter-Designation | Plaintiffs' Objections |
|---|---|---|---|
| Page 4, Lines 14 - 21 | | | |
| Page 7, Lines 1 - 3 | | | |
| Page 7, Lines 16 - 21 | | | |
| Page 11, Lines 11 - 15 | | | |
| Page 11, Line 24 through Page 12, Line 2 | CM | | |
| Page 12, Lines 10 - 17 | CM, S | | |
| Page 12, Lines 21 - 23 | F, CM | | |
| Page 13, Lines 5 - 18 | CM | | |
| Page 14, Line 23 through Page 16, Line 12 | H, F | | |
| Page 17, Line 23 through Page 19, Line 15 | CM, S | | |
| Page 19, Line 17 through Page 20, Line 7 | F, CM | | |
| Page 20, Line 9 through Page 21, Line 15 | F | Page 21, Lines 16-23 | |
| Page 21, Line 24 through Page 23, Line 8 | CM | Page 23, Lines 9-15 | |
| Page 23, Lines 16 - 19 | F, CM | | |
| Page 23, Line 20 | F, CM | | |
| Page 23, Line 23 through Page 24, Line 2 | | | |
| Page 24, Lines 4 - 22 | CM | | |

8

| | | | |
|---|---|---|---|
| Page 24, Line 8 through Page 25, Line 7 | CM | Page 25, Lines 8-19 | |
| Page 30, Lines 14 - 18 | | | |
| Page 30, Line 20 through Page 31, Line 7 | CM | | |
| Page 31, Lines 9 - 16 | CM | | |
| Page 31, Lines 18 - 22 | | | |
| Page 31, Lines 24 - 25 | F, S | | |
| Page 32, Lines 2 - 10 | CM | | |
| Page 32, Lines 14 - 17 | F, CM | | |
| Page 32, Line 20 through Page 33, Line 16 | CM, IO | Page 32, Line 19; Page 33, Lines 17-25 | Objection: Page 33, Lines 17-25: S, LK, CM, R, UP, IO |
| Page 34, Lines 6 - 8 | CM | | |
| Page 34, Lines 18 - 20 | CM | | |
| Page 37, Line 24 through Page 38, Line 3 | | | |
| Page 38, Lines 16 - 22 | | | |
| Page 40, Line 25 through Page 41, Line 1 | CM | | |
| Page 43, Lines 4 - 8 | CM | | |
| Page 44, Lines 20 - 24 | CM | | |
| Page 45, Lines 1 - 3 | S | | |
| Page 45, Lines 4 - 8 | CM | | |
| Page 45, Lines 11 - 23 | | | |
| Page 45, Line 25 through Page 46, Line 18 | CM | Page 46, Lines 20-25 | Objection: R, CM, incomplete citation |
| Page 47, Lines 3 - 5 | | | |
| Page 47, Lines 12 - 20 | | | |
| Page 48, Line 20 through Page 49, Line 9 | F, CM | | |
| Page 57, Line 21 through Page 58, Line 10 | CM | | |
| Page 60, Lines 2 - 6 | CM | Page 60, Lines 19-22 | |
| Page 60, Line 23 through Page 61, Line 1 | S | Page 61, 5-14; Page 68, Lines 3-25 | |
| Page 63, Lines 15 - 20 | | | |
| Page 64, Lines 18 - 22 | | | |
| Page 71, Lines 9 - 14 | | | |
| Page 72, Line 10 through Page 73, Line 3 | CM | Page 73, Lines 4-18 | |
| Page 79, Lines 10 - 11 | CM | | |
| Page 84, Lines 3 - 6 | | | |

| Page 84, Lines 9 - 15 | | | |
|---|---|---|---|
| Page 92, Line 18 through Page 93, Line 1 | F, CM | | |
| Page 93, Lines 9 - 11 | | | |
| Page 96, Lines 13 - 20 | | | |
| Page 96, Line 24 through Page 97, Line 13 | F | | |
| Page 104, Lines 10 - 11 | CM | | |
| Page 104, Lines 13 - 15 | CM | Page 105, Lines 1-14 | Objection: CM |
| Page 114, Lines 4 - 8 | CM | | |
| Page 114, Line 22 | CM | | |
| Page 115, Lines 8 - 10 | | | |
| Page 115, Line 18 through Page 116, Line 16 | | | |
| Page 116, Line 18 through Page 118, Line 8 | F, CM | | |
| Page 118, Lines 15 - 18 | CM | | |
| Page 118, Lines 20 - 21 | CM | | |
| Page 118, Line 23 through Page 119, Line 22 | CM | | |
| Page 120, Lines 10 - 17 | F, CM | | |
| Page 120, Line 19 through Page 121, Line 2 | CM | Page 105, Lines 7-14 | |
| Page 121, Line 24 through Page 122, Line 5 | CM | | |

5. **Tanya Homleid, December 4, 2017**

| Plaintiffs' Designation | Great American's Objection | Counter-Designation | Plaintiffs' Objections |
|---|---|---|---|
| Page 4, Lines 20 - 22 | | | |
| Page 7, Line 17 through Page 8, Line 23 | | | |
| Page 8, Line 25 through Page 9, Line 2 | | | |
| Page 9, Lines 4 - 6 | | | |
| Page 9, Lines 9 - 11 | | | |

| | | | |
|---|---|---|---|
| Page 11, Lines 1 - 20 | | | |
| Page 12, Line 18 through Page 13, Line 5 | | | |
| Page 13, Line 7 | CM | | |
| Page 14, Lines 10 - 14 | | | |
| Page 15, Lines 4 - 23 | | | |
| Page 15, Line 25 through Page 16, Line 11 | | | |
| Page 17, Line 4 through Page 18, Line 2 | | | |
| Page 18, Lines 4 - 19 | | | |
| Page 18, Line 21 through Page 19, Line 16 | CM | Page 19, Lines 7-24 | |
| Page 19, Line 25 through Page 20, Line 2 | CM | | |
| Page 20, Line 4 | CM | | |
| Page 20, Lines 6 - 18 | | | |
| Page 20, Lines 20 - 22 | CM, LK | | |
| Page 20, Lines 24 - 25 | | | |
| Page 21, Line 2 through Page 22, Line 6 | CM | Page 22, Lines 7-18 | |
| Page 23, Lines 3 - 25 | | | |
| Page 24, Lines 18 - 23 | | | |
| Page 25, Lines 7 - 9 | | | |
| Page 25, Line 11 through Page 26, Line 9 | | | |
| Page 28, Lines 7 - 12 | CM | | |
| Page 28, Line 21 through Page 29, Line 3 | CM | | |
| Page 29, Line 16 through Page 30, Line 8 | | | |
| Page 30, Lines 9 - 18 | | | |
| Page 34, Lines 20 - 23 | CM | | |
| Page 34, Line 25 through Page 35, Line 5 | CM | | |
| Page 35, Lines 7 - 10 | CM, LK, S | | |
| Page 35, Lines 16 - 19 | LK | | |
| Page 35, Line 21 through Page 36, Line 2 | CM | | |
| Page 36, Lines 3 - 5 | CM, LK | | |
| Page 36, Lines 7 - 9 | LK | | |
| Page 38, Line 23 through Page 39, Line 4 | | | |

| | | | |
|---|---|---|---|
| Page 39, Lines 6 - 15 | | | |
| Page 39, Lines 18 - 21 | LK | | |
| Page 43, Lines 2 - 5 | CM | | |
| Page 43, Line 8 | CM | | |
| Page 43, Lines 21 - 22 | | | |
| Page 43, Line 24 through Page 44, Line 10 | | | |
| Page 45, Lines 3 - 6 | CM, F | | |
| Page 50, Lines 7 - 14 | F, CM | | |
| Page 51, Line 22 through Page 52, Line 15 | CM | | |
| Page 53, Line 1 through Page 54, Line 3 | | | |
| Page 54, Lines 16 - 21 | LK | | |
| Page 54, Line 23 through Page 55, Line 6 | | | |
| Page 55, Lines 8 - 10 | CM | | |
| Page 55, Lines 12 - 16 | S, LK | | |
| Page 55, Lines 23 - 24 | LK | | |
| Page 56, Lines 1 - 2 | | | |
| Page 56, Lines 4 - 5 | CM | | |
| Page 56, Line 7 | CM | | |
| Page 56, Lines 9 - 10 | CM | | |
| Page 56, Lines 12 - 17 | | | |
| Page 56, Lines 23 - 25 | | | |
| Page 57, Lines 2 - 4 | | | |
| Page 57, Lines 6 - 10 | CM, LK | | |
| Page 57, Lines 17 - 19 | | | |
| Page 57, Line 21 through Page 58, Line 6 | | | |
| Page 58, Lines 18 - 25 | CM | | |
| Page 59, Lines 2 - 4 | | | |
| Page 59, Lines 5 - 8 | | | |
| Page 59, Lines 9 - 12 | CM | | |
| Page 59, Lines 14 - 17 | | | |
| Page 59, Line 19 | CM | | |
| Page 59, Line 21 through Page 60, Line 5 | | | |
| Page 60, Lines 7 - 11 | | | |
| Page 60, Line 13 | | | |
| Page 60, Lines 24 - 25 | F, CM | | |
| Page 61, Lines 2 - 3 | CM | | |
| Page 61, Lines 5 - 11 | S | | |

| | | | |
|---|---|---|---|
| Page 62, Line 12 through Page 63, Line 15 | CM | | |
| Page 63, Line 17 | CM | | |
| Page 63, Line 19 through Page 64, Line 2 | | | |
| Page 64, Lines 14 - 16 | CM | | |
| Page 64, Line 24 through Page 65, Line 4 | | | |
| Page 65, Lines 6 - 13 | CM | | |
| Page 66, Lines 1 - 13 | S | | |
| Page 67, Lines 5 - 19 | CM | | |
| Page 67, Line 21 through Page 68, Line 2 | CM, S | | |
| Page 73, Lines 18 - 19 | CM | | |
| Page 73, Line 21 | CM | | |
| Page 73, Lines 23 - 24 | S | | |
| Page 74, Lines 1 - 4 | S | | |
| Page 74, Lines 6 - 11 | | | |
| Page 74, Lines 11 - 13 | | | |
| Page 74, Lines 15 - 18 | | | |
| Page 74, Line 20 | | | |
| Page 74, Line 22 through Page 75, Line 4 | | | |
| Page 81, Lines 11 - 17 | | | |
| Page 82, Lines 8 - 21 | CM | Page 82, Lines 22-24 | |
| Page 82, Line 25 through Page 83, Line 5 | CM | | |
| Page 83, Line 24 through Page 84, Line 6 | CM, LK, S | Page 21, Lines 2-8 | |
| Page 84, Lines 8 - 9 | CM | Page 25, Lines 7-25; Page 26, Lines 1-9 | |
| Page 84, Lines 11 - 20 | CM | | |
| Page 84, Lines 22 - 23 | F, CM | Page 26, Lines 11-22 | |
| Page 84, Line 25 through Page 85, Line 19 | F, CM | | |
| Page 85, Lines 21 - 22 | CM | | |
| Page 85, Line 24 through Page 86, Line 18 | F, CM | | |
| Page 86, Lines 20 - 21 | CM | | |
| Page 86, Lines 23 - 25 | F, CM | | |
| Page 87, Lines 2 - 2 | CM | | |

| | | | |
|---|---|---|---|
| Page 88, Line 12 through Page 89, Line 8 | | | |
| Page 89, Lines 10 - 11 | CM | | |
| Page 89, Lines 13 - 23 | F, CM, S | | |
| Page 90, Lines 2 - 13 | F, CM | | |
| Page 90, Line 15 | F, CM | | |
| Page 90, Lines 17 - 19 | F, CM | | |
| Page 90, Line 21 | CM | | |
| Page 91, Lines 8 - 16 | F, CM, S | | |
| Page 91, Lines 18 - 25 | F, CM | | |
| Page 92, Lines 2 - 7 | F, CM, S | | |
| Page 92, Lines 10 - 11 | CM | | |
| Page 92, Lines 12 - 16 | CM | | |
| Page 93, Lines 1 - 8 | F, CM, LK | | |
| Page 93, Lines 13 - 18 | F, CM | | |
| Page 93, Lines 22 - 25 | CM, LK | Page 57, Lines 6-15 | Objection: Page 57, Lines 11-15: S, LK, IO, UP |
| Page 94, Lines 11 - 25 | F,CM | | |
| Page 95, Lines 1 - 3 | CM, S | | |
| Page 96, Lines 2 - 20 | S | | |
| Page 97, Lines 3 - 7 | S | | |
| Page 97, Lines 10 - 13 | S | | |

6. **Thomas Moe, November 2, 2017**

| Plaintiffs' Designation | Great American's Objection | Counter-Designation | Plaintiffs' Objections |
|---|---|---|---|
| Page 3, Lines 13 - 15 | | | |
| Page 5, Line 23 through Page 6, Line 24 | | | |
| Page 6, Line 25 through Page 7, Line 21 | | | |
| Page 7, Lines 24 - 25 | | | |
| Page 9, Lines 13 - 17 | | | |
| Page 11, Lines 20 - 25 | | | |
| Page 14, Line 3 through Page 15, Line 5 | | | |
| Page 16, Lines 2 - 5 | S | | |
| Page 16, Lines 13 - 14 | CM | Page 17, Lines 1-7 | |
| Page 17, Lines 8 - 16 | F, CM | Page 18, Lines 9-12 | Objection: IM, R, UP, F, S, LK, CM |
| Page 18, Lines 13 - 16 | CM | | |

14

| | | | |
|---|---|---|---|
| Page 18, Lines 18 - 22 | CM | | |
| Page 18, Line 25 through Page 19, Line 3 | CM | | |
| Page 19, Lines 5 - 12 | F | | |
| Page 19, Line 19 through Page 20, Line 4 | | | |
| Page 20, Lines 7 - 8 | S | | |
| Page 20, Lines 22 - 25 | CM | | |
| Page 21, Lines 2 - 7 | CM | | |
| Page 21, Lines 9 - 23 | | | |
| Page 21, Line 25 | | | |
| Page 22, Lines 13 - 16 | F, CM | | |
| Page 23, Lines 2 - 4 | CM | | |
| Page 23, Lines 6 - 15 | CM | | |
| Page 24, Lines 4 - 6 | CM | | |
| Page 24, Lines 12 - 23 | | | |
| Page 24, Line 25 through Page 25, Line 3 | F, CM | | |
| Page 27, Lines 23 - 25 | | | |
| Page 28, Lines 15 - 20 | | | |
| Page 28, Line 25 through Page 30, Line 2 | | | |
| Page 30, Lines 7 - 9 | | | |
| Page 33, Lines 7 - 10 | | | |
| Page 33, Lines 15 - 17 | CM | | |
| Page 35, Lines 1 - 6 | | | |
| Page 35, Lines 8 - 12 | S | | |
| Page 44, Lines 10 - 15 | | | |
| Page 44, Lines 17 - 18 | | | |
| Page 45, Line 16 through Page 46, Line 2 | F | | |
| Page 46, Lines 18 - 22 | CM | | |
| Page 47, Lines 1 - 3 | CM | | |
| Page 47, Lines 7 - 12 | CM | | |
| Page 47, Line 18 through Page 48, Line 8 | | | |
| Page 51, Lines 17 - 20 | | | |
| Page 51, Line 22 through Page 52, Line 4 | | | |
| Page 52, Lines 6 - 8 | | | |
| Page 59, Lines 5 - 15 | | | |
| Page 59, Lines 17 - 23 | | | |
| Page 59, Line 25 through Page 60, Line 1 | | | |

| | | | |
|---|---|---|---|
| Page 61, Line 25 through Page 62, Line 3 | F, CM | | |
| Page 63, Lines 3 - 7 | | | |
| Page 63, Lines 9 - 21 | | | |
| Page 64, Lines 4 - 6 | CM | | |
| Page 64, Lines 14 - 17 | | | |
| Page 67, Line 25 through Page 68, Line 4 | F | | |
| Page 68, Lines 6 - 14 | | | |
| Page 71, Lines 4 - 9 | S | | |
| Page 76, Line 18 through Page 77, Line 2 | F, CM | | |
| Page 77, Line 7 | CM | | |
| Page 77, Lines 9 - 15 | CM | | |
| Page 79, Line 21 through Page 80, Line 13 | | | |
| Page 84, Line 15 through Page 85, Line 25 | | | |
| Page 86, Lines 8 - 16 | CM | Page 86, Lines 1-7 | |
| Page 86, Lines 18 - 20 | CM | | |
| Page 88, Lines 1 - 17 | | | |
| Page 89, Lines 6 - 10 | | | |
| Page 90, Lines 9 - 17 | | | |
| Page 93, Lines 21 - 22 | CM | Page 93, Lines 4-11 | Objection: IM, R, UP, F, S, LK, CM |
| Page 93, Lines 24 - 25 | | | |
| Page 95, Lines 8 - 23 | CM | | |

Respectfully submitted,

VER PLOEG & LUMPKIN, P.A.
100 S.E. Second Street, 30th Floor
Miami, FL 33131
305-577-3996
305-577 3558 *facsimile*

/s/ Stephen A. Marino, Jr.
**Stephen A. Marino, Jr.**
Florida Bar No. 79170
smarino@vpl-law.com
**Arya Attari Li**
Florida Bar No. 58847
ali@vpl-law.com
*Counsel for Plaintiffs*

16

Case No.: 1:17-cv-22254-FAM/WCT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on February 26, 2018, on all counsel or parties of record on the Service List below.

/s/ Stephen A. Marino, Jr.
**Stephen A. Marino, Jr.**

## SERVICE LIST

Brian M. McKell, Esq.
Lionel F. Rivera, Esq.
Brooke D. Oransky, Esq.
Mound Cotton Wollan & Greengrass LLP
101 N.E. Third Avenue, Suite 1500
Ft. Lauderdale, FL 33301
954-467-5800
954-467-5880 *facsimile*
bmckell@moundcotton.com
lrivera@moundcotton.com
boransky@moundcotton.com
*Counsel for Great American Ins. Co. of NY*

Stephen A. Marino, Jr., Esq.
Arya Attari Li, Esq.
Ver Ploeg & Lumpkin, P.A.
100 S.E. Second Street, 30th FL
Miami, FL 33131
305-577-3996
305-577-3558 *facsimile*
smarino@vpl-law.com
ali@vpl-law.com
*Counsel for Plaintiffs*

William D. Wilson, Esq.
Mound Cotton Wollan & Greengrass LLP
30A Vreeland Road, 2nd Floor
Florham Park, NJ 07932
973-494-0600
973-242-4244 *facsimile*
wwilson@moundcotton.com
*Counsel for Great American Ins. Co. of NY*