UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 17-22254-CIV-MORENO

THE S.O. BEACH CORP., et al.,

        Plaintiffs,

vs.

GREAT AMERICAN INSURANCE
COMPANY OF NEW YORK,

        Defendant.
_____/

## NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE LOUIS TO EXERCISE JURISDICTION AND APPEAL OPTION

In accordance with the provisions of Title 28, U.S.C. § 636(c), the parties are notified that United States Magistrate Lauren F. Louis is available to exercise the Court's jurisdiction and to conduct any or all proceedings in this case including a jury or non-jury trial and the entry of a final judgment. Magistrate Judge Louis may only exercise jurisdiction, however, if all parties voluntarily consent.

The parties may, without adverse substantive consequences, withhold consent, but this will prevent Magistrate Judge Louis from exercising the Court's jurisdiction. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to Magistrate Judge Louis or to Judge Moreno to whom the case has been assigned.

A party may appeal a judgment that Magistrate Judge Louis enters directly to the United States Court of Appeals in the same manner as a party would appeal to any other judgment of a

District Court. A copy of the form "Consent to Proceed Before a United States Magistrate" is attached to this Order. Copies of the form are also available from the Clerk of the Court.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th of February 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Lauren F. Louis

Counsel of Record

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 17-22254-CIV-MORENO**

THE S.O. BEACH CORP., et al.,

       Plaintiffs,

vs.

GREAT AMERICAN INSURANCE
COMPANY OF NEW YORK,

       Defendant.
_____/

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE**

    In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.

_____    _____
_____    _____
_____    _____
_____    _____

NOTE: Return this form to the Clerk of the Court ONLY if it has been executed by all parties to the case. Do not send a copy of this form to any District Judge or Magistrate Judge.